| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Caprice Rose <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–8392 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7   11/13/17 |
| Case number: | 17–32998–SLM | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Caprice Rose | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 67 Audubon Ave. <br> Jersey City, NJ 07305 | |
| 4. | **Debtor's attorney** <br> Name and address | Jose R. Torres <br> Law Office of Jose R. Torres <br> 129 Prospect Street <br> Passaic, NJ 07055 | Contact phone (973) 815–0075 |
| 5. | **Bankruptcy trustee** <br> Name and address | Nancy Isaacson <br> Greenbaum, Rowe, Smith & Davis LLP <br> 75 Livingston Ave <br> Suite 301 <br> Roseland, NJ 07068–3701 | Contact phone (973) 535–1600 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 973–645–4764 Date: 11/14/17 |
|---|---|---|
| 7. **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 11, 2017 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/9/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32998-SLM
Caprice Rose                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1               Date Rcvd: Nov 14, 2017
                             Form ID: 309A            Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db            +Caprice Rose,    67 Audubon Ave.,    Jersey City, NJ 07305-1501
517176101     +Elizabeth Colon Vasquez,    25 Morton Place,    Jersey City, NJ 07305-1601
517176103     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
517176104     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517176112     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jrt@torreslegal.com Nov 14 2017 23:34:13      Jose R. Torres,
               Law Office of Jose R. Torres,    129 Prospect Street,    Passaic, NJ 07055
tr            +EDI: BNISAACSON.COM Nov 14 2017 22:58:00      Nancy Isaacson,
               Greenbaum, Rowe, Smith & Davis LLP,    75 Livingston Ave,    Suite 301,
               Roseland, NJ 07068-3788
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2017 23:35:07      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2017 23:35:04      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517176100     +E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2017 23:35:10      Dept Of Ed/582/nelnet,
               Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517176102     +EDI: FORD.COM Nov 14 2017 22:58:00      Kia Motors Finance,    Po Box 20825,
               Fountain Valley, CA 92728-0825
517176105     +E-mail/Text: bankruptcyteam@quickenloans.com Nov 14 2017 23:35:27      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
517176106     +EDI: RMSC.COM Nov 14 2017 22:58:00      Syncb/pandora,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
517176107     +EDI: RMSC.COM Nov 14 2017 22:58:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176108     +EDI: RMSC.COM Nov 14 2017 22:58:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176109     +EDI: RMSC.COM Nov 14 2017 22:58:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176110     +EDI: RMSC.COM Nov 14 2017 22:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176111     +EDI: CHRYSLER.COM Nov 14 2017 22:58:00      Td Auto Finance,    Po Box 9223,
               Farmington Hills, MI 48333-9223
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```