Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32998−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Caprice Rose
   67 Audubon Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8392

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/29/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 29, 2017
JAN: nds

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-32998-SLM
Caprice Rose                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Nov 29, 2017
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db           +Caprice Rose,    67 Audubon Ave.,    Jersey City, NJ 07305-1501
517176101    +Elizabeth Colon Vasquez,    25 Morton Place,    Jersey City, NJ 07305-1601
517176103    +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
517176104    +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517176112    +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 23:16:03     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 23:16:00     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517176100    +E-mail/Text: electronicbkydocs@nelnet.net Nov 29 2017 23:16:05     Dept Of Ed/582/nelnet,
               Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517176102    +EDI: FORD.COM Nov 29 2017 22:48:00     Kia Motors Finance,    Po Box 20825,
               Fountain Valley, CA 92728-0825
517176105    +E-mail/Text: bankruptcyteam@quickenloans.com Nov 29 2017 23:16:21     Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
517176106    +EDI: RMSC.COM Nov 29 2017 22:49:00     Syncb/pandora,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
517178794    +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517176107    +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176108    +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176109    +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176110    +EDI: RMSC.COM Nov 29 2017 22:49:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
517176111    +EDI: CHRYSLER.COM Nov 29 2017 22:48:00     Td Auto Finance,    Po Box 9223,
               Farmington Hills, MI 48333-9223
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Jose R. Torres    on behalf of Debtor Caprice  Rose jrt@torreslegal.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5