Form 149 – ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32998−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Caprice Rose
   67 Audubon Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8392

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on November 29, 2017 has been vacated effective December 4, 2017.

Dated: December 5, 2017
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-32998-SLM
Caprice Rose                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 05, 2017
                              Form ID: 149             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
```
db          +Caprice Rose,   67 Audubon Ave.,   Jersey City, NJ 07305-1501
517176101   +Elizabeth Colon Vasquez,   25 Morton Place,   Jersey City, NJ 07305-1601
517176102   +Kia Motors Finance,   Po Box 20825,   Fountain Valley, CA 92728-0825
517176103   +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
              Dallas, TX 75266-0360
517176104   +Quality Asset Recovery,   Po Box 239,   Gibbsboro, NJ 08026-0239
517176111   +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
517176112   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2017 23:06:32      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2017 23:06:29      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:10:47
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517176100   +E-mail/Text: electronicbkydocs@nelnet.net Dec 05 2017 23:06:36      Dept Of Ed/582/nelnet,
              Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
517176105   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 05 2017 23:06:56      Quicken Loans,
              1050 Woodward Ave,   Detroit, MI 48226-1906
517176106   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:11:09      Syncb/pandora,   Attn: Bankruptcy,
              Po Box 965060,   Orlando, FL 32896-5060
517178794   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:11:09      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517176107   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:10:28      Synchrony Bank/ Old Navy,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517176108   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:10:28      Synchrony Bank/Care Credit,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517176109   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:11:10      Synchrony Bank/Lowes,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517176110   +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:10:28      Synchrony Bank/Walmart,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
```
              Jose R. Torres    on behalf of Debtor Caprice Rose jrt@torreslegal.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```