Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−32998−SLM
                          Chapter: 7
                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Caprice Rose
   67 Audubon Ave.
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8392

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 5, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 13 − 10
ORDER VACATING ORDER OF DISMISSAL (related document:10 ORDER DISMISSING CASE ON COURTS ORDER TO SHOW CAUSE (related document:4 Show Cause). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/29/2017. (nds)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/4/2017. (nds)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 5, 2017
JAN: nds

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Caprice Rose  
      Debtor

Case No. 17-32998-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 05, 2017  
                     Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.  
db        +Caprice Rose,    67 Audubon Ave.,    Jersey City, NJ 07305-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:11:08  
           Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:  
           Jose R. Torres    on behalf of Debtor Caprice  Rose jrt@torreslegal.com  
           Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com  
           Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
           Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,  
      tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 5