**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Caprice Rose | Social Security number or ITIN   xxx-xx-8392 |
| | First Name   Middle Name   Last Name | EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17-32998-SLM | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Caprice Rose

2/16/18                                                           **By the court:**   Stacey L. Meisel
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32998-SLM
Caprice Rose                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 16, 2018
                              Form ID: 318             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db              +Caprice Rose,    67 Audubon Ave.,    Jersey City, NJ 07305-1501
517176101       +Elizabeth Colon Vasquez,    25 Morton Place,    Jersey City, NJ 07305-1601
517176103       +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517176104       +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
517176112       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517176100       +E-mail/Text: electronicbkydocs@nelnet.net Feb 16 2018 23:35:05     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
517176102       +EDI: FORD.COM Feb 16 2018 23:13:00     Kia Motors Finance,    Po Box 20825,
                 Fountain Valley, CA 92728-0825
517176105       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 16 2018 23:35:23     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517176106       +EDI: RMSC.COM Feb 16 2018 23:13:00     Syncb/pandora,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517178794       +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517176107       +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517176108       +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517176109       +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517176110       +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517176111       +EDI: CHRYSLER.COM Feb 16 2018 23:13:00     Td Auto Finance,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
                                                                                              TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
```
              Jose R. Torres    on behalf of Debtor Caprice  Rose jrt@torreslegal.com
              Nancy Isaacson     nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```